# Exhibit 1

**District 1**

# Case Summary

**Case No. 2025L007971**

| | | |
|---|---|---|
| **David Avalos Hernandez -vs- CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY,MIDEA AMERICA CORPORATION,FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.,GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.,ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.,MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | § § § § § | Location: **District 1** <br> Judicial Officer: **Calendar, Z** <br> Filed on: **06/23/2025** <br> Cook County Attorney Number: **56079** |

---

## Case Information

| | |
|---|---|
| Case Type: | Product Liabilty - Jury |
| Case Status: | **06/23/2025 Pending** |
| Case Flags: | **Case on Bankruptcy Calendar** |

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2025L007971 |
| Court | District 1 |
| Date Assigned | 06/23/2025 |
| Judicial Officer | Calendar, Z |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Avalos Hernandez, David** | **Cesarone, Frank Vincent** *Retained* 803-447-7178(W) 26E ROLLING OAKS RD SUGAR GROVE, IL 60554 |
| **Defendant** | **CORELLE BRANDS ACQUISITION HOLDINGS f/k/a INSTANT BRANDS ACQUISITION HOLDINGS f/k/a CORELLE BRANDS LLC f/k/a INSTANT BRANDS, INC. f/k/a DOUBLE INSIGHT INC., d/b/a INSTANT POT COMPANY** | |
| | **FOSHAN SHUNDE MIDEA ELECTRICAL HEATING APPLIANCES MANUFACTURING CO., LTD.** | |
| | **GUANGDONG MIDEA CONSUMER ELECTRIC ) MANUFACTURING COMPANY, LTD.** | |
| | **MIDEA AMERICA CORPORATION** | |
| | **MIDEA ELECTRIC TRADING 2 (SINGAPORE) CO. PTE, LTD.** | |
| | **ZHEJIANG TIANXI KITCHEN APPLIANCE CO., LTD.** | |

**District 1**

## Case Summary

### Case No. 2025L007971

---

### Events and Orders of the Court

---

08/26/2025
Certificate Filed
    Party:  Plaintiff Avalos Hernandez, David

08/19/2025
*CANCELED* **First Time Case Management**  (9:45 AM)  (Judicial Officer: Saltouros, Stephanie D.)
    Resource: Location L2204 Court Room 2204
    Resource: Location D1 Richard J Daley Center
    *Order of Court*

08/08/2025
Summons Issued And Returnable
    *Summons to Corelle Brands*
    Party:  Plaintiff Avalos Hernandez, David
    *Summons to Corelle Brands*

08/08/2025
Summons Issued And Returnable
    *Summons to Midea America*
    Party:  Plaintiff Avalos Hernandez, David
    *Summons to Midea America*

07/24/2025
Strike From Case Management Call - Allowed    (Judicial Officer: Lyons, Thomas V., II)
    Party:  Plaintiff Avalos Hernandez, David

07/24/2025
Place On Bankruptcy Calendar - Allowed -    (Judicial Officer: Lyons, Thomas V., II)
    Party:  Plaintiff Avalos Hernandez, David

07/16/2025
Electronic Notice Sent
    Party:  Plaintiff Avalos Hernandez, David
    Party 2:  Attorney Cesarone, Frank Vincent

07/16/2025
Electronic Notice Sent
    Party:  Plaintiff Avalos Hernandez, David
    Party 2:  Attorney Cesarone, Frank Vincent

07/07/2025
Notice Filed
    *Plaintiff's Notice of Stay*
    Party:  Plaintiff Avalos Hernandez, David
    *Plaintiff's Notice of Stay*

06/23/2025   New Case Filing

06/23/2025
Personal Injury (Product Liability) Complaint Filed (Jury Demand)
    *Complaint and Jury Demand (Avalos Hernandez)*
    Party:  Plaintiff Avalos Hernandez, David
    Party 2:  Attorney Cesarone, Frank Vincent
    *Complaint and Jury Demand (Avalos Hernandez)*

06/23/2025
Exhibits Filed
    *Civil Cover Sheet*
    Party:  Plaintiff Avalos Hernandez, David
    Party 2:  Attorney Cesarone, Frank Vincent
    *Civil Cover Sheet*